IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| RE: MICHAEL ALLAN MCNEIL | * | Case No. 12-18903 DER |
| Debtor | * | Chapter 13 |
| _____ | * | Adversary Proceeding No. 12-00829 |
| MICHAEL ALLAN MCNEIL | * | |
| Plaintiff | * | |
| v. | * | |
| V. Peter Markuski Jr. | * | |
| Defendant | * | |

FILED
JAN - 8 2013

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**COMES NOW**, the Plaintiff and opposes Defendant's Motion to Dismiss Plaintiff's Complaint filed on January 4, 2013 and ask this court to deny it.

The Plaintiff has attached a Memorandum of Law which address the issues brought up by the defendant motion and ask this court to give it proper consideration.

1

**WHEREFORE**, the Plaintiff asks that the defendants motion be denied.  Or if the court should determine that the Plaintiff failed to meet pleading requirements that he be given leave to amend his complaint.

Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
(410) 505-8617
mamcneil@gmail.com