UNITED STATES BANKRUPTCY COURT
FOR THE MARYLAND DISTRICT
BALTIMORE DIVISION

FILED
AUG 13 2013
U.S. BANKRUPTCY
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: MICHAEL A. MCNEIL | * | CASE NO. 12-18903-DER |
| Debtor | * | CHAPTER 7 |
| _____ | * | Adv. Pro. No. 12-0829-DER |
| MICHAEL A. MCNEIL | * | |
| Plaintiff | * | |
| v. | * | |
| V. PETER MARKUSKI, JR., | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF APPEAL

Michael Allan McNeil, the Plaintiff/Debtor appeals under 28 U.S.C. § 158(a) or (b) from the ORDER GRANTING MOTION TO DISMISS (ECF 16) by Judge Rice which was docketed on July 30, 2013

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**V. Peter Markuski, Jr.**
c/o Jeffrey W. Bernstein, Esq.
Goozman, Bernstein & Markuski
9101 Cherry Lane
Suite 207
Laurel, MD 20708
301-953-7480
301-953-1339 (fax)
Email: jwbernstein@gbmlawfirm.com
*(Defendant*

**Jeffrey Wayne Bernstein**
Goozman, Bernstein, et al.
9101 Cherry Lane
Suite 207
Laurel, MD 20708
(301) 953-7480
Email: jwbernstein@gbmlawfirm.com
(Attorney for V. Peter Markuski, Jr. )

1

**Evan M. Goldman**
Goldman & Goldman, P.A.
Foxleigh Building
2330 West Joppa Road, Suite 300
Lutherville, MD 21093
(410) 296-0888 x101
*(Chapter 7 Trustee)*

**Michael Allan McNeil**
7014 Gentle Shade Road Apt 402
Columbia, MD 21046
410-505-8617
*SSN / ITIN: xxx-xx-1361*
*(Debtor/Plaintiff)*

**U.S. Trustee's Office**
101 W. Lombard St.
Suite 2625
Baltimore, MD 21201
*Added: 09/28/2012*
*(Interested Party)*

Michael A. McNeil
7014 Gentle Shade Road – Apt 402
Columbia, MD 21046
410-505-8617
mamcneil@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of August, 2013 I mailed a copy of the of the aforementioned via First Class, United States Mail, postage fully prepaid to the following:

**Jeffrey Wayne Bernstein**
Goozman, Bernstein, et al.
9101 Cherry Lane
Suite 207
Laurel, MD 20708

**Evan M. Goldman**
Goldman & Goldman, P.A.
Foxleigh Building
2330 West Joppa Road, Suite 300
Lutherville, MD 21093

**U.S. Trustee's Office**
101 W. Lombard St.
Suite 2625
Baltimore, MD 21201

Michael A. McNeil "Pro Se"

2