# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Michael Allan McNeil | * | Case No. | 12-18903DER |
| | * | Chapter | 7 |
| Debtor(s) | * | | |
| ************************************** | * | | |
| Michael Allan McNeil | * | | |
| | * | | |
| | * | | |
| Appellant(s) | * | | |
| vs. | * | Adversary | No. 12-00829DER |
| V. Peter Markuski, Jr. | * | | |
| | * | | |
| | * | | |
| Appellee(s) | * | | |

## NOTICE OF FILING OF APPEAL
## TO THE UNITED STATES DISTRICT COURT

     Pursuant to Federal Bankruptcy Rule 8004, you are hereby notified that a Notice of Appeal (a copy of which is attached) has been filed on August 13, 2013, in the above captioned case in which your appearance is entered as a party.  Please consult the applicable Federal Bankruptcy Rules, Federal Rules of Appellate Procedure (where applicable) and Local Rules of this Court and of the U.S. District Court.

     To assist the Clerk's office in perfecting the record on appeal, it is requested that parties follow one of the examples outlined below when preparing a Designation of Items to be included in the record on appeal.  Also note that parties are responsible for providing to the Court copies of records designated.  Parties are therefore encouraged to request and pay for copies through the court so that such records may be submitted with the Designation.

     Example 1:    Debtor's Motion for Authority to use Cash Collateral and the accompanying memorandum filed January 3, 1995 ( Document #8)

Example 2:

| FILE DATE | PAPER NO. | PLEADING |
|---|---|---|
| 11/3/94 | 1 | Petition & Schedules |

Mark D. Sammons, Clerk

Dated: August 13, 2013     By: /s/ - Phaedra Neal
     Deputy Clerk

cc:    All Parties in Interest - See Attached List

Appeals-45.4  -  7/22/08

UNITED STATES BANKRUPTCY COURT
FOR THE MARYLAND DISTRICT
BALTIMORE DIVISION

FILED
AUG 13 2013
U.S. BANKRUPTCY
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: MICHAEL A. MCNEIL | * | CASE NO. 12-18903-DER |
| Debtor | * | CHAPTER 7 |
| _____ | * | Adv. Pro. No. 12-0829-DER |
| MICHAEL A. MCNEIL | * | |
| Plaintiff | * | |
| v. | * | |
| V. PETER MARKUSKI, JR., | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEAL

Michael Allan McNeil, the Plaintiff/Debtor appeals under 28 U.S.C. § 158(a) or (b) from the ORDER GRANTING MOTION TO DISMISS (ECF 16) by Judge Rice which was docketed on July 30, 2013

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**V. Peter Markuski, Jr.**
c/o Jeffrey W. Bernstein, Esq.
Goozman, Bernstein & Markuski
9101 Cherry Lane
Suite 207
Laurel, MD 20708
301-953-7480
301-953-1339 (fax)
Email: jwbernstein@gbmlawfirm.com
*(Defendant*

**Jeffrey Wayne Bernstein**
Goozman, Bernstein, et al.
9101 Cherry Lane
Suite 207
Laurel, MD 20708
(301) 953-7480
Email: jwbernstein@gbmlawfirm.com
(Attorney for V. Peter Markuski, Jr. )

1

**Evan M. Goldman**
Goldman & Goldman, P.A.
Foxleigh Building
2330 West Joppa Road, Suite 300
Lutherville, MD 21093
(410) 296-0888 x101
*(Chapter 7 Trustee)*

**Michael Allan McNeil**
7014 Gentle Shade Road Apt 402
Columbia, MD 21046
410-505-8617
*SSN / ITIN: xxx-xx-1361*
*(Debtor/Plaintiff)*

**U.S. Trustee's Office**
101 W. Lombard St.
Suite 2625
Baltimore, MD 21201
*Added: 09/28/2012*
*(Interested Party)*

Michael A. McNeil
7014 Gentle Shade Road – Apt 402
Columbia, MD 21046
410-505-8617
mamcneil@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of August, 2013 I mailed a copy of the of the aforementioned via First Class, United States Mail, postage fully prepaid to the following:

**Jeffrey Wayne Bernstein**
Goozman, Bernstein, et al.
9101 Cherry Lane
Suite 207
Laurel, MD 20708

**Evan M. Goldman**
Goldman & Goldman, P.A.
Foxleigh Building
2330 West Joppa Road, Suite 300
Lutherville, MD 21093

**U.S. Trustee's Office**
101 W. Lombard St.
Suite 2625
Baltimore, MD 21201

Michael A. McNeil "Pro Se"

2