UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND
Baltimore Division

IN RE:                                            :

    MICHAEL ALLAN MCNEIL                 :        **Adv. Case No. 12-00829**

       Debtor                            :        Bankruptcy Case No. 12-18903
                                              :           (Judge Rice)

## <u>APPELLEE V. PETER MARKUSKI, JR. DESIGNATION OF THE RECORD</u>

Appellee, V. Peter Markuski, Jr., by and through his attorney, Jeffery W. Bernstein and

Goozman, Bernstein, and Markuski pursuant to F.R. Bankruptcy Procedure 8006, designates the

additional items to be included in the record on appeal:

### <u>Documents from Bankruptcy Case No. 12-18903:</u>

      1.      Docket No. 85 – Order Overruling Objection to Claim No. 3.

      2.      Docket No. 90 – Order Overruling Objection to Claim No. 4.

      3.      Docket No. 143 – Order Denying Motion to Reconsider.

      4.      Docket No. 188 – Transcript of Hearing held on 9/25/12, overruling

Objections to Claim No. 3 and Claim No. 4.

### <u>Documents from Adversary Case No. -12-0829</u>

      1.      Document No. 14 – Supplemental Memorandum of Law filed by Jeffrey W.

Bernstein, Esquire.

                            GOOZMAN, BERNSTEIN & MARKUSKI

                            */s/Jeffrey W. Bernstein*
                            Jeffrey W. Bernstein
                            Attorney for Movant
                            9101 Cherry Lane, Suite 207
                            Laurel, MD  20708
                            (301) 953-7480
                            Federal Bar No. 08458

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this **28th day of August, 2013,** a copy of the foregoing Appellee V. Peter Markuski, Jr.'s, Designation of the Record was sent by U.S. First Class Postage Prepaid or by ECF to the following:

Michael A. McNeil
7014 Gentle Shade Road
Apartment 402
Columbia, MD  21046

Brian A. Goldman, Trustee
Goldman & Goldman, P.A.
Foxleigh Building
2330 West Joppa Road, Suite 300
Lutherville, MD 21093

                             */s/Jeffrey W. Bernstein*
                             Jeffrey W. Bernstein